**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-** |
| | : | |
| v. | : | **VIOLATION:** |
| | : | |
| | : | **18 U.S.C. § 912** |
| **JARRETT LEWIS,** | : | **(False Personation of an Employee or Officer of the United States)** |
| | : | |
| **Defendant.** | : | |
| | : | |
| _____ | : | |

### INFORMATION

The United States Attorney charges that:

#### Introduction

1.  Since about September 2012 defendant Jarrett Lewis ("LEWIS") worked for a Washington, D.C., affordable housing and community development organization. LEWIS was the "Social Enterprise and Financial Manager," until September 2013 when his title changed to "Social Enterprises Budgets and Contracts Manager."

#### The Conduct

2.  During the month of September 2014 and continuing through in or about May 2015, defendant LEWIS intentionally devised a scheme to falsely assume the identity of and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Chief of Staff for the Honorable John Lewis, a member of the United States House of Representatives, and in such assumed or pretended character, with intent to defraud, did falsely demand or obtain a thing of value, i.e., admission and special privileges at a high-end South Beach, Miami, FL restaurant, bar and lounge, and Washington Redskins field passes.

3. The defendant's scheme was brought to the attention of law enforcement on September 18, 2014, by the actual Chief of Staff for Congressman Lewis. Congressman Lewis's actual Chief of Staff reported that on September 12, 2014, he received information that someone claiming to be Congressman Lewis's Chief of Staff was requesting special treatment for someone who was claiming to be Congressman Lewis's son at a high-end South Beach, Miami, FL restaurant, bar and lounge.

4. The restaurant owner provided Congressman Lewis's actual Chief of Staff with emails documenting these requests. These emails seeking benefits on behalf of Congressman Lewis's alleged son falsely identified the defendant, JARRETT JOHN LEWIS, as Congressman Lewis's son. Moreover, while the signature block for the emails provided the correct Congressional address of "343 Cannon House Office Building, Washington, DC 20515" for Congressman Lewis's office, the emails provided phone numbers and email addresses either personally registered to defendant LEWIS or assigned to him by the affordable housing and community development organization for which he worked.

5. Similarly, in September 2014, LEWIS contacted the Washington Redskins football organization, pretending to be the actual Chief of Staff for Congressman Lewis. Explicitly invoking the Chief of Staff's position, LEWIS requested field passes for a Washington Redskins sports event for himself.

## COUNT ONE
### (False Personation of an Employee or Officer of the United States)

10. Paragraphs one through five are re-alleged and incorporated by reference as if fully set forth herein.

11. Beginning on or about September 2014, through on or about May 2015, in a continuing course of conduct, in the District of Columbia and elsewhere, the defendant, Jarrett

Lewis, did devise and carry out a scheme to falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is, the Chief of Staff for a United States House of Representatives member, and in such assumed or pretended character, with intent to defraud, did falsely demand or attempt to obtain a thing of value, i.e., admission and special complimentary privileges at a high-end South Beach, Miami, Florida restaurant, bar and lounge, and Washington Redskins field passes.

                                            CHANNING PHILLIPS
                                            UNITED STATES ATTORNEY

By:
                                     _____/s/_____

                                        MERVIN A. BOURNE, JR.
                                        D.C. Bar No. 490175
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-6979 (telephone)
                                        Mervin.Bourne@usdoj.gov (email)